AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Romeo Rodolfo Luch Chunchun<br>*Defendant* | Case No. 2:24-mj-00018 |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: June 07, 2024

*Romeo Luch*
*Defendant's signature*

*Signature of defendant's attorney*

C. J. Brocke     12186
*Printed name and bar number of defendant's attorney*